**No. 66336.**—Scope Instrument Corp. *v.* United States, protest 61/1919 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of map measures similar in all material respects to those

the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiff was sustained.